**JH**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Owen Cope
v.
Giant Motorsports, Inc.,
Chicago Cycle, Inc., and
Jerry Fokas

**08 C 746**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Owen Cope

**FILED**

**FEBRUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) | |
| Uche O. Asonye | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Uche O. Asonye | |
| FIRM | |
| Asonye & Associates | |
| STREET ADDRESS | |
| 11 South LaSalle Street, Suite 2140 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6209522 | 312-795-9110 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐