56367-93

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OWEN COPE, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 08 C 746 |
| | ) | |
| GIANT MOTORSPORTS, INC., | ) | Judge Guzman |
| CHICAGO CYCLE, INC., and | ) | Magis. Judge Schenkier |
| JERRY FOKAS, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S STIPULATION OF DISMISSAL PURSUANT
TO FED.R.CIV.PRO.41(a)(1)(A)(i)**

NOW COMES Plaintiff Owen Cope, by and through his attorney Uche O. Asonye, and files this his Stipulation of Dismissal pursuant to Fed.R.Civ.Pro. Rule 41(a)(1)(A)(i), with prejudice to re-filing, all parties to bear their own costs.

PLAINTIFF OWEN COPE

By: _____
One of His Attorneys

Mr. Scott Fanning
Mr. Uche O. Asonye
Asonye & Associates
11 South LaSalle Street, Ste. 2140
Chicago, Illinois 60603

-1-