56367-93

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OWEN COPE, ) | |
| Plaintiff, ) | |
| vs. ) | 08 C 746 |
| ) | |
| GIANT MOTORSPORTS, INC., ) | Judge Guzman |
| CHICAGO CYCLE, INC., and ) | Magis. Judge Schenkier |
| JERRY FOKAS, ) | |
| Defendants. ) | |

**NOTICE OF FILING**

TO: Scott Fanning, Esq.
Uche Asonye, Esq.
ASONYE & ASSOCIATES
11 South LaSalle Street
Suite 2140
Chicago, Illinois 60604

PLEASE TAKE NOTICE that on the **1st day of April, 2008,** there was filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Additional Appearance of Tina Simmons** and **Plaintiff's Stipulation of Dismissal Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i),** copies of which are attached hereto.

CHICAGO CYCLE, INC.

By: __/s/Tina L. Simmons_____
One Of Its Attorneys

Terry A. Fox, Esq. (ARDC #6208039)
Tina L. Simmons, Esq. (ARDC #6277467)
McKENNA STORER
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602-2610
(312) 558-3900

## CERTIFICATE OF SERVICE

      I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of the U. S. District Court, Northern District of Illinois, Eastern Division using the CM/CEF e-filing system which will send notification of such filing to the following e-mail addresses:

>Scott Fanning, Esq.
>Uche Asonye, Esq.
>ASONYE & ASSOCIATES
>11 South LaSalle Street
>Suite 2140
>Chicago, Illinois 60604
>courtfilings@aa-law.com
>scott@aa-law.com

McKENNA STORER

By: /s/ Tina L. Simmons
Terry A. Fox
Tina L. Simmons
33 N. LaSalle St., Ste. 1400
Chicago, IL 60602
(312)558-3900
FAX: (312) 558-8348
tfox@mckenna-law.com
tsimmons@mckenna-law.com